

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Case number:          01-12-00728-CV

Style:          In re Santander Consumer USA, Inc., Relator

Original Proceeding on Petition for Writ of Mandamus from
*Bonner v. Santander Consumer USA, Inc.*, No. 2011-76048 in
the 80th District Court of Harris County, Texas.

Relator Santander Consumer USA, Inc. has filed a petition for writ of mandamus challenging the denial of its motion to compel arbitration pursuant to the Federal Arbitration Act [FAA]. Our writ of mandamus will issue only to correct an abuse of discretion for which there is no adequate remedy by appeal. *See Canadian Helicopters Ltd. v. Wittig*, 876 S.W.2d 304, 305 (Tex. 1994) (orig. proceeding). The Court requests that relator file supplemental briefing explaining why the petition should not be denied because section 51.016 of the Texas Civil Practice and Remedies Codes provides for immediate review of an order denying a motion to compel arbitration under the FAA by interlocutory appeal. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.016 (West Supp. 2011). The supplemental briefing is **due no later than 5:00 p.m. on Friday, August 17, 2012**.

The Court further requests that the real party in interest respond to relator's petition and any supplemental briefing. The response, if any, is **due no later than 5:00 p.m. on Thursday, September 6, 2012**.

At the same time it filed the petition, relator filed a motion for emergency stay. The motion for emergency stay is **denied**.

With respect to all filings requested by this order, the Court suspends the application in this case of the mailbox rule, TEX. R. APP. P. 9.2.   *See* TEX. R. APP. P. 2.

It is so ORDERED.


Judge's signature: _____
                        Acting individually


Date:    <u>August 10, 2012</u>